**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Getty Petroleum, et al.**

**CA 00-381ML**

**v.**

**Capital Terminal Company**

**RETURN RECEIPT FOR EXHIBITS**

**EXHIBITS marked as defendant's exhibits**

**re: December, 2002, Jury Trial and June, 2003, Bench Trial**

**Received by:** ____________________ **By:** ____________________
**Date:** 12.7.2005 **Deputy Clerk**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Getty Properties, et al

V.

Capital Terminal Co.

## EXHIBIT AND WITNESS LIST

Case Number: CA 00-381 ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | James Ryan; Mark Freel | Craig Scott; Robert Tofel |
| TRIAL DATE (S) 12/10/02, 12/11, 12/12, 12/13, 12/16, 12/17, 12/18, 12/19 | COURT REPORTER Karen Bettencourt | COURTROOM DEPUTY John Duhamel |

Joint Exhibits

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/10/02 | | ✓ | 12/15/97 Settlement Agreement |
| 1A | | " | | ✓ | 12/19/97 Throughput Agreement |
| 1B | | " | | ✓ | 12/15/97 First Amendment to Agreement |
| 1C | | " | | ✓ | 12/15/97 Fourth Amendment to Grant ... |
| 2 | | " | | ✓ | 2/19/98 Assignment to Capital |
| 3 | | " | | ✓ | 8/6/75 Grant + Agreement |
| 4 | | " | | ✓ | 6/9/76 Amendment to Grant + Agreement |
| 5 | | " | | ✓ | 11/6/80 Second Amendment to Grant ... |
| 6 | | " | | ✓ | 1/29/85 Third Amendment to Grant ... |
| 7 | | " | | ✓ | 8/6/75 Operating Agreement |
| 8 | | " | | ✓ | 1/1/91 Amended + Restated Operating Agreement |
| 9 | | " | | ✓ | 5/7/00 Letter from Chief Bessette |
| 10 | | " | | ✓ | 7/1/99 minutes of meeting |
| 10A | | " | | ✓ | 10/5/99 minutes of meeting |
| 10B | | " | | ✓ | 11/30/99 minutes of meeting |
| 10C | | " | | ✓ | 2/2/00 minutes of meeting |
| 10D | | " | | ✓ | 3/23/00 minutes of meeting |
| 10E | | " | | ✓ | 5/12/00 minutes of meeting |
| 11 | | " | | ✓ | 1/27/98 redacted minutes |
| 12 | | " | | ✓ | 11/15/95 memo of Agreement |
| 13 | | " | | ✓ | 11/15/95 Agreement - Capital Properties |
| 14 | | " | | ✓ | 1/1/98 Assumption Agreement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Getty v. Capital

CASE NUMBER: CA 00-381ML

Joint Exhibits

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 12/10/02 | | ✓ | Aerial of Pier (photo) |
| 15A | | " | | ✓ | " " " " |
| 15B | | " | | ✓ | Pipelines + waterline |
| 15C | | " | | ✓ | " " " |
| 16A | | " | | ✓ | Unloading facilities + dock |
| 16B | | " | | ✓ | " " " " |
| 16C | | " | | ✓ | Two Dolphins |
| 16D | | " | | ✓ | Waterline, Pipeline, Pipe Supports |
| 16E | | " | | ✓ | View of Dock facing city |
| 16F | | " | | ✓ | Pipelines |
| 16G | | " | | ✓ | Pier unloading facilities |
| 16H | | " | | ✓ | Close up of unloading mechanism |
| 16I | | " | | ✓ | Dolphin |
| 16J | | " | | ✓ | Vessel at Pier |
| 16K | | " | | ✓ | Vessel at Pier |
| | | | | | W-1 Paul Stendardi |
| 20 | | " | ✓ | ✓ | 9/16/96 letter from Snyder (w. Enclosures) |
| 19 | | " | ✓ | ✓ | 10/7/97 Statement of Claim (without Attmt F) |
| 22 | | " | ✓ | ✓ | 10/16/97 letter from Heidi Eddins |
| 23 | | " | ✓ | ✓ | 10/31/97 letter from Eddins |
| 24 | | " | ✓ | ✓ | 11/19/97 letter from Eddins |
| 40A | | " | ✓ | ✓ | payments re Throughput Agreement |
| 60 | | " | ✓ | ✓ | 2/4/98 letter from Noe |
| 25 | | " | ✓ | ✓ | 6/22/98 letter to Noe |
| 29 | | " | ✓ | ✓ | 6/26/98 letter to Stendardi |
| 26 | | " | ✓ | ✓ | 6/25/00 letter to Stendardi |
| | P | " | ✓ | ✓ | 10/1/97 letter from Getty Realty |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Getty v. Capital CASE NUMBER: CA 00-381ML

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 12/11/02 | | W7 | 12/11/02 | ✓ | ✓ | 2/1/97 Master Lease |
| | | V-7 | " | ✓ | ✓ | 4/17/97 letter to Eddins |
| | | K | " | ✓ | ✓ | 4/2/97 letter from Eddins |
| | | M | " | ✓ | ✓ | 6/11/97 letter from Eddins |
| | | Q7 | " | ✓ | ✓ | 6/24/97 letter to Standardi |
| | | S | " | ✓ | ✓ | 11/3/97 memo to DeLaurentis |
| | | K1 | " | ✓ | | 12/20/95 memo from Standardi |
| | | S7 | " | ✓ | ✓ | Respondent's Answering Statement |
| | | T | " | ✓ | ✓ | 11/13/97 memo from Standardi |
| | 52 | | " | ✓ | ✓ | 12/15/97 letter from Liebowitz |
| | 61 | | " | ✓ | | 4/27/00 letter from Tofel |
| → | | | | | | W-2 VINCENT DE LAURENTIS |
| → | | | | | | W-3 MARIA GALLO |
| | 32 | | 12/4/02 | ✓ | ✓ | 12/23/96 letter to Snyder |
| | 62 | | " | ✓ | | 6/11/02 letter to Noe |
| 12/12/02 | | O | 12/12/02 | ✓ | ✓ | 2/28/97 memo to Gallo |
| | | T7 | " | ✓ | ✓ | 4/28/93 letter to Gallo |
| → | | | | | | W-4 AVERY NOE |
| | 51 | | 12/12/02 | ✓ | ✓ | 6/12/85 Pier Operating Agreement |
| → | | | | | | W-5 ERNEST RABIDEAU |
| → | | | | | | W-6 SAMUEL JONES (BY DEPO) |
| 12/13/02 | | | | | | W-7 HEIDI EDDINS |
| | 17 | | 12/13/02 | ✓ | ✓ | 6/24/97 letter from Eddins |
| | | V | " | ✓ | ✓ | 12/15/97 letter from Eddins |
| | | U5 | " | ✓ | ✓ | 9/4/98 invoice w/ attachments |
| | 65 | | " | ✓ | ✓ | 8/28/98 letter from Pace |
| | | | | | | W-8 ROBERT EDER |

AO 187A (Rev. 7/87) EXHIBIT AND WITNESS LIST - CONTINUATION

Getty v. Capital

CASE NUMBER: CA 00-381ML

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| 12/13/02 | 44 | | 12/13/02 | ✓ | ✓ | 8/6/75 Deed of Conveyance |
| 12/16/02 | | X-7 | 12/16/02 | ✓ | ✓ | 12.16.02 Stipulation re fire protection |
| → | | | | | | W 9 ORVILLE SLYE JR. |
| | | J-3 | 12/16/02 | ✓ | ✓ | 3/5/98 PARE invoice |
| | | I-3 | " | ✓ | ✓ | 5/4/98 PARE invoice |
| | | H-3 | " | ✓ | ✓ | 6/11/98 PARE invoice |
| | | G-3 | " | ✓ | ✓ | 7/12/98 PARE invoice |
| | | F-3 | " | ✓ | ✓ | 8/5/98 PARE invoice |
| | | V-3 | " | ✓ | ✓ | 10/17/02 Agreement re waterline |
| | 66 | | " | ✓ | | 2/8/94 letter from Snyder |
| | 69 | | " | ✓ | ✓ | 3/5/98 Pare invoice |
| | 59 | | " | ✓ | ✓ | 5/8/00 letter from Noe |
| | 57 | | " | ✓ | ✓ | 5/12/00 letter from Tofel |
| 12/17/02 | | M-1 | " | ✓ | | 6/2/00 letter to Tofel |
| | 46 | | " | ✓ | | 11/8/77 Operating agreement |

Only Exhibits relating to Getty Petroleum claim against Cap Term. go to jury.

X-Exhibits relating to Getty Properties re fire suppression will NOT go to jury.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Getty Petroleum et al v. Capital Terminal

## EXHIBIT AND WITNESS LIST

Case Number: 00-381 ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | James W. Ryan; Robert Taylor | Gerald J. Petros, Craig Scott |
| * TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/23/03 6/24/03 6/25/03 | Karen Zinni | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-1 Paul Stenoardi |
| 23 | | 6/23/03 | | ✓ | 1991 Pier operating Agreement |
| 30 | | " | | ✓ | 12/15/97 pipeline operating agreement |
| 79 | | " | ✓ | ✓ | 6/12/85 Wilkesbarre Pier operating agreement |
| 118 | | " | ✓ | ✓ | Summary of repair work @ Pier (4.28.93) |
| 110 | | " | ✓ | ✓ | 6/26/02 letter from Noe to Stendardi |
| 41c | | " | ✓ | ✓ | Pipelines + waterline - photo |
| | J | " | ✓ | ✓ | 4.27.00 letter from Robert Tofel |
| | E | " | ✓ | | 5.14.97 'Child's Engineering' Report |
| 25 | | " | | ✓ | 10.1.97 letter from Getty Realty |
| 32 | | " | | ✓ | letter from Getty Realty dated 12/15/97 |
| 28 | | " | | ✓ | 1997 Settlement Agreement |
| | FFF | " | ✓ | ✓ | Pltfs' Responses to Deft's 2nd set of Interog. |
| | | | | | (Page 9 only of this Exb is full) |
| | L | 6/23/03 | ✓ | ✓ | 5/17/00 letter from E.P. Fire Dept |
| | BB | " | ✓ | ✓ | Amended Verified Complaint (par. 24 p. 8) |
| | HHH | " | ✓ | ✓ | 3 photos - pipelines |
| 18 | | " | ✓ | ✓ | Druckenmiller letter 6/1/77 |
| 11 | [illegible] | " | | ✓ | 8.6.75 pipeline operating agreement |
| | H | " | | ✓ | letter from PTW 1.30.98 |
| | I | " | | ✓ | letter from CPI 2.3.98 |
| 101 | | " | ✓ | | 2/22/01 letter from Noe to Stendardi |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



* Bench Trial (as to Counts 2, 3, 5 + Second Amended Complaint; as to Count 1 of counterclaim)
Exhibits 1 thru 42 are Joint exhibits: "full"

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Getty vs. Capital Terminal — CASE NO. 00-381 ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 39 | | 6.23.03 | | ✓ | Letter from Tofel 5/12/00 |
| | N | " | | ✓ | Letter from Jones to Tofel 6/2/00 |
| | | | | | W-2 Leo Liebowitz |
| 1 | | 6.23.03 | | ✓ | 1941 Deed from P+W to Colonial |
| 2 | | " | | ✓ | 1962 Deed from Humble to Tidewater |
| 3 | | " | | ✓ | 1964 Deed from Humble to Tidewater |
| 4 | | " | | ✓ | Deed between Humble + Getty 11/69 |
| 5 | | " | | ✓ | Deed from Humble to Unocal 11/69 |
| 6 | | " | | ✓ | 1972 Deed from Getty |
| 7 | | " | | ✓ | 11/23/74 Superior Court Judgment |
| 8 | | " | | ✓ | Deed from Seekonk Realty Corp 8/75 |
| 9 | | " | | ✓ | Agreement between Getty + P+W 8/75 |
| 10 | | " | | ✓ | Deed from Getty to P+W 8/75 |
| 12 | | " | | ✓ | Grant + Agreement (Getty + Eden) 8/75 |
| 13 | | " | | ✓ | Letter from Druckenmiller to Eden 8/75 |
| 14 | | " | | ✓ | Letter from Pfeffer to P+W 8/75 |
| 15 | | " | | ✓ | Stipulation 8/6/75 withdrawal |
| 16 | | " | | ✓ | Amendment to Grant + Agreement 6/9/76 |
| 17 | | " | | ✓ | Supreme Court Decision 8/10/76 |
| 19 | | " | | ✓ | 2nd Amendment to Grant + Agreement 11/80 |
| 20 | | " | | ✓ | Deed from Eden to Eden Trust 6/23/82 |
| 21 | | " | | ✓ | 3rd Amendment to Grant + Agreement 1/29/85 |
| 22 | | " | | ✓ | Deed from Texaco + Power Test 2/1/85 |
| 24 | | " | | ✓ | Master Lease - Getty 2/1/97 |
| 26 | | " | | ✓ | Letter from Heidi Eddins 10/2/97 |
| 27 | | " | | ✓ | Letter from Eden Family Trust 10/6/97 |
| 29 | | " | | ✓ | 1997 Throughput Agreement |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

Getty vs. Capital Terminal — CASE NO. 00-381ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 31 | | 6-23-03 | | ✓ | 4th Amendment to Grant + Agreement 12/15/97 |
| 32 | | " | | ✓ | Letter from Getty Realty 12/15/97 |
| 33 | | " | | ✓ | Deed from Unocal to P+W 12/31/97 |
| 34 | | " | | ✓ | Assignment + Assumption Agreement 1/1/98 |
| 35 | | " | | ✓ | Deed from P+W to CTC 1/29/98 |
| 36 | | " | | ✓ | Assignment from Eden Trustees to CTC 2/98 |
| 37 | | " | | ✓ | Confirmatory Deed from P+W to CTC 3/98 |
| 38 | | " | | ✓ | Letter from Todd Turcotte to Noe 5/00 |
| 40 | | " | | ✓ | Consolidated Master Lease 11/2/00 |
| 41 | | " | | ✓ | Aerial Photo of Pier |
| 41A | | " | | ✓ | Aerial Photo of Pier |
| 41B | | " | | ✓ | Pipelines + waterline |
| 42A | | " | | ✓ | Unloading facilities + dock |
| 42B | | " | | ✓ | Unloading facilities + dock |
| 42C | | " | | ✓ | Two Dolphins |
| 42D | | " | | ✓ | Waterline, pipeline, + pipe supports |
| 42E | | " | | ✓ | View of dock facing city |
| 42F | | " | | ✓ | pipelines |
| 42G | | " | | ✓ | Pier unloading facilities |
| 42H | | " | | ✓ | Close up of unloading mechanism |
| 42I | | " | | ✓ | Dolphin |
| 42J | | " | | ✓ | Vessel at Pier |
| 42K | | " | | ✓ | Vessel at Pier |
| 6/24 → | | | | | W-3 Avery Noe |
| 98 | | 6/24/03 | ✓ | | 2/14/01 letter from Noe to Leibowitz |
| → | | | | | W-4 Robert H Eden |
| 57 | | 6/24/03 | ✓ | | 3/24 Answers to Interrogatories |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Getty vs. Capital Terminal CASE NO. CA 00-381 ML

*

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 43 | | 6/24/03 | ✓ | | Deed from P+W |
| 53 | | " | ✓ | see p.5 | Agreement re: pier facilities 6/76 |
| 54 | | " | ✓ | see p.5 ✓ | Conveyance of pier facilities |
| 60 | | " | ✓ | | Easement Agreement |
| 58 | | " | ✓ | | Agreement: P+W + Fuel Storage |
| 62 | | " | ✓ | | Operating Agreement |
| 63 | | " | ✓ | | Operating Agreement |
| 66 | | " | ✓ | | Deed from P+W |
| 67 | | " | ✓ | | Fixation of Easement |
| 68 | | " | ✓ | | Wilkesbarre Pier Operating Agreement |
| 71 | | " | ✓ | | Deed, Release, Amendment |
| 72 | | " | ✓ | | Grant from P+W |
| 76 | | " | ✓ | | Amended Agreement - Pier Use |
| 77 | | " | ✓ | | Grant of Additional rights |
| 79 | | " | ✓ | see p.1 ✓ | Operating Agreement - Wilkesbarre |
| 81 | | " | ✓ | | Quit Claim Deed - Clinton Prop. |
| 85 | | " | ✓ | | Confirmatory Deed from P+W |
| 87 | | " | ✓ | | Quit Claim Deed from Mercer |
| 88 | | " | ✓ | | Assignment Agreement - Mercer + P+W |
| 89 | | " | ✓ | | Memorandum of Lease |
| 90 | | " | ✓ | | Memorandum of Agreement #1 |
| 93 | | " | ✓ | | Deed from Capital Properties |
| 97 | | " | ✓ | | Assent by Coastal Resources |
| 102 | | " | ✓ | | UCC filing by Getty Petroleum |
| 105 | | " | ✓ | | License Agreement - City of E. Providence |
| | | | | | |
| | | | | | |

6/24/03



* These Exhibits were stipulated to as "full" (in lieu of live testimony of Christopher Montalbano) Court REJECTED the stipulation to admit as "full".

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Getty vs. Capital Terminal CASE NO. CA 00-381ML

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 52 | | 6/24/03 | ✓ | | 5/74 Amended Answers of P+W |
| 54 | | " | ✓ | ✓ | 6/76 Conveyance of Pier Facilities |
| 56 | | " | ✓ | | 7/76 Agreement + Grant of Rights - Pier |
| ~~74~~ | | ~~"~~ | ~~✓~~ | | ~~1/85 Settlement Agreement - P+W~~ |
| 53 | | " | ✓ | | Agreement re: pier facilities 6/76 |
| 98 | | " | ✓ | | 2/14/01 letter : [illegible] to [illegible] |
| → | | | | | W-5 David Porter |
| | U3 | 6/24/03 | ✓ | ✓ | ~~[illegible]~~ Waterline - photo |
| | U4 | " | ✓ | ✓ | footing support hydrant photo |
| | U1 | " | ✓ | ✓ | Waterline (East approach) photo |
| 99 | | " | ✓ | | 2/14/01 Child's Engineering Report |
| 6/25/03 | U10 | 6/25/03 | ✓ | ✓ | photo: pipe support (north) |
| | U12 | " | ✓ | ✓ | photo: pipeline + pipe supports |
| | T | " | ✓ | ✓ | aerial photo: CTC's storage tanks |
| | V | " | ✓ | ✓ | memo from Bernie Kelly to Avery [illegible] 6/01 |
| → | | | | | W-6 Dennis Hoffman |
| | HH | 6/25/03 | ✓ | ✓ | C.V. of Dennis Hoffman |
| | GG | " | ✓ | ✓ | Calculation Summary + Control Sheet 4/01 |
| | A | " | ✓ | ✓ | Superior Court Decision 9/12/74 |
| | G | " | ✓ | ✓ | Letter from Eden Trustees 10/6/97 |
| | DDD | " | ✓ | ✓ | responses to Interrogatories : 4, 8, 9, 10, 11, 13 and 38 only |
| | OO | " | ✓ | | Annual Report |
| | BBB | " | ✓ | | Annual Report |
| * | III | " | ✓ | ✓ | deposition testimony of ~~[illegible]~~ Filip |
| | | | | | |
| | | | | | |
| | | | | | |

Page 5 of 5 Pages

* III color coded designations + cross-designations t/b delivered to court by Δ on 6/26/03.